**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Law & Politics Media, Inc., a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>S L D Industries, Inc., a California corporation, Alfred Von Kessler, an individual, James R. Wentworth, an individual, and Michael Alterman, an individual, d/b/a State License Documentation,<br><br>Defendants. | **Court File No. 01-1587 DWF/AJB**<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

The parties, Plaintiff Law & Politics Media, Inc. ("L & P"), and Defendants S L D Industries, Inc., Alfred Von Kessler, and Michael Alterman ("Defendants"), having acknowledged and stipulated as set forth below, and good cause appearing therefor, judgment in this matter is entered as follows:

1. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1332 and 1338.

2. Plaintiff L & P is the owner of U.S. Trademark Registration No. 2433073 for the word mark SUPER LAWYERS. The SUPER LAWYERS mark is valid and enforceable.

3. Plaintiff L & P is the owner of U. S. Trademark Registration No. 2153915 for the word mark LAW & POLITICS. The LAW & POLITICS mark is valid and enforceable.

4. L & P is the owner of: Copyright Registration No. TX 5-365-480, dated September 5, 2001, for *Minnesota Law & Politics*, No. 128, August-September 2001; Copyright

FILED JAN - 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN - 8 2002
DEPUTY CLERK

Registration No. TX 5-365-479, dated September 5, 2001, for *Washington Law & Politics*, No. 29, August/September 2001; and Copyright Registration No. TX 5-365-481, dated September 6, 2001, for the *Super Lawyers 2001* list.

5. Defendants sent solicitations to individuals named as "Super Lawyers" in the August-September 2001 "Super Lawyers" editions of *Minnesota Law & Politics* and *Washington Law & Politics* and in the copyrighted *Super Lawyers 2001* list. The solicitations offered a plaque that incorporated both the SUPER LAWYERS and the LAW & POLITICS marks, and the covers of the August-September 2001 editions of *Minnesota Law & Politics* and *Washington Law & Politics* ("the SUPER LAWYERS covers"). Plaintiff did not authorize or license Defendants' use of the SUPER LAWYERS mark, the LAW & POLITICS mark, the SUPER LAWYERS covers or the *Super Lawyers 2001* list. Such use constitutes infringement of Plaintiff's marks and unfair competition in violation of 15 U.S.C. § 1114 and 15 U.S.C. § 1125. Such use further constitutes infringement of Plaintiff's copyright interest in *Minnesota Law & Politics, Washington Law & Politics,* including the SUPER LAWYERS covers, and *Super Lawyers 2001* list, in violation of 17 U.S.C. § 501(a).

6. Defendants, their officers, agents, servants, employees and all those in active concert or participation with them or who have notice of this Consent Judgment, including Perma-Plaque Corporation and its officers and employees, are permanently restrained and enjoined from directly, contributorily, or from inducing, the following:

a. manufacturing, importing, using, selling or offering for sale any products, including plaques, that include, depict or incorporate the SUPER LAWYERS mark, the LAW & POLITICS mark, or any confusingly similar mark, or the SUPER LAWYERS covers;

b. otherwise infringing the SUPER LAWYERS or the LAW & POLITICS marks;

c. infringing Plaintiff's copyrights in *Minnesota Law & Politics, Washington Law & Politics,* or *Super Lawyers* lists, including the SUPER LAWYERS covers and the *Super Lawyers 2001* list, and including all future issues or editions thereof.

7. This Court shall retain jurisdiction of this action for the purpose of enforcing this Consent Judgment and Order.

8. The parties acknowledge that Defendant James Wentworth is a pseudonym for the remaining Defendants.

9. Each party shall bear its own costs and attorneys fees.

The Clerk is directed to enter this final judgment forthwith.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated Jan 7, 2002

The Honorable Donovan W. Frank
United States District Judge

ACKNOWLEDGED AND STIPULATED BY THE PARTIES

Dated January 3, 2002

Plaintiff, Law & Politics Media, Inc.

By:
Its: Chief Financial Officer

Dated 01-02, 2002

Defendant, S L D Industries, Inc.

By:
Its: President



TC2: 562283 v01 12/29/2001

Dated 1-02-, 2002

Defendant, Alfred Von Kessler

Dated 1-02-, 2002

Defendant, Michael Alterman